# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CURTIS HALL,**

       **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　　　**Case No: 6:14-cv-1467-Orl-31TBS**

**LIZ COLICCHIO,**

       **Defendant.**

## ORDER

This cause comes before the Court on the Motion for Entry of Default Final Judgment Against Defendant Liz Colicchio (Doc. No. 18), filed May 25, 2015.

On May 29, 2015, the United States Magistrate Judge issued a report (Doc. No. 20) recommending that the motion be denied. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Motion for Entry of Default Final Judgment Against Defendant Liz Colicchio is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on June 18, 2015.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party